# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2006 SEP 21 AM 11:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No. '06 MJ 1751 |
| ) | |
| V. ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| RANDY JOE DELACRUZ ) | Title 18, United States Code |
| DOB 01/05/1962 ) | Section 751(a) |
| ) | Escape from Federal Custody |

The undersigned complainant, being duly sworn states:

That on or about June 02, 2006, at San Diego, California, in the Southern District of California, RANDY JOE DELACRUZ did unlawfully and willfully escape from an institution and facility in which he was confined by direction of the Attorney General, to wit: CORRECTIONAL ALTERNATIVES, Inc., San Diego, California, a federally contracted facility, said custody and confinement being by virtue of his conviction for Murder, Title 18 United States Code Section 1111(b), in violation of Title 18, United States Code, Section 751(a).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Tim Knaplund
Deputy United States Marshal

Sworn to before me, and subscribed in my presence, this 20th day of September, 2006.

_____
United States Magistrate Judge

STATEMENT OF PROBABLE CAUSE

I, Tim Knaplund, being duly sworn, hereby depose and say:

I am a Deputy United States Marshal and have been so employed for over 15 years.

This statement of facts is made in support of a complaint against Randy Joe DELACRUZ for Escape from the custody of the Attorney General, in violation of Title 18, United States Code, Section 751(a). On June 5, 2006, I received a report that Randy Joe DELACRUZ had escaped from Correctional Alternatives, Inc., 551 South 35th Street, San Diego, California, a federally contracted facility.

On June 14, 2006, I reviewed files from the United States Marshals Service and the Community Corrections Office. My review of the files revealed the following facts:

Records show that DELACRUZ was serving a sentence of 99 years imposed by the United States Army on February 13, 1985, for Murdering his wife while stationed with the United States Army in Germany, Title 18 USC 1111(b). On January 12, 2006, DELACRUZ was transferred from he Federal Correctional Institution (FCI), Sheridan to Correctional Alternatives, Incorporated. DELACRUZ was scheduled to be released on July 10, 2006. On June 2, 2006, at approximately 1100 hours, DELACRUZ failed to report for work as scheduled. DELACRUZ was on home confinement at the time of the escape. DELACRUZ's mother, local hospitals and detention centers were contacted producing negative results. DELACRUZ's home phone and cell phone were called on numerous occasions and met with negative results. DELACRUZ's current whereabouts are unknown and he remains a fugitive.