FID No. 1177689

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

07 OCT 29 AM 8:53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: /P DEPUTY

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | |
| RANDY JOE DELACRUZ | Magistrate's Case No. | '06-  1751 WMc mj |
| WARRANT ISSUED ON THE BASIS OF: __ Failure to Appear   __ Order of Court __ Indictment          __ Information X  Complaint | WARRANT FOR ARREST | |
| TO: ANY U.S. MARSHAL OR OTHER AUTHORIZED OFFICER. | NAME AND ADDRESS OF PERSON TO BE ARRESTED: RANDY JOE DELACRUZ | |
| DISTRICT OF ARREST: Southern District of California | CITY OF ARREST: | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Escape from Federal Custody

DATE ARRESTED BY: USMS S/CA 03/07
Steven Stafford (Acting)
U.S. MARSHAL, S/CA
BY: Oscar Martin

SEP 21 12 23 PM '06
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

| IN VIOLATION OF | UNITED STATES CODE TITLE  18 | SECTION 751(a) |
|---|---|---|
| BAIL   NO BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY [signature] | ANTHONY J. BATTAGLIA U.S. MAGISTRATE JUDGE | DATE ORDERED 9/20/2006 |
| CLERK OF COURT/U.S. MAGISTRATE / BY | | DATE ISSUED |

### RETURN
THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

Class I "A"          Kidnapped          Due 9/28