FILED

07 OCT 31  PM 4:46

BY: _____ *PDL*     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury **07 CR 2981 LAB**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | Title 18, U.S.C., Secs. 751(a) |
| | ) | and 4082(a) – Escape |
| RANDY JOE DELACRUZ, | ) | |
| | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about June 2, 2006, within the Southern District of California, defendant RANDY JOE DELACRUZ did escape from an institution and facility in which he was confined by direction of the Attorney General, to wit, Correctional Alternatives, Inc., Community Corrections Center in San Diego, California, said custody and confinement being by virtue of a felony conviction of murder, in violation of Title 18, United States Code, Section 1111(b); in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

DATED: October 31, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney

DDL:nlv:San Diego
10/31/07

