| | |
|---|---|
| 1 | **SHAFFY MOEL** |
|   | Cal. Bar No. 238732 |
| 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC. |
|   | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5008 |
|   | Telephone: (619) 234-8467 |
| 4 | shaffy_moeel@fd.org |

Attorneys for Mr. Delacruz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE LARRY A. BURNS**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.D.C. NO. 07CR2981-LAB |
| | ) | |
| Plaintiff, | ) | Date: December 10, 2007 |
| | ) | Time: 12:00 p.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| RANDY JOE DELACRUZ, | ) | 1) COMPEL DISCOVERY AND PRESERVE |
| | ) | EVIDENCE; AND |
| Defendant. | ) | 2) LEAVE TO FILE FURTHER MOTIONS |
| | ) | |
| _____ | ) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
DAVID LESHNER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on December 10, 2007, at 12:00 p.m. or as soon thereafter as counsel may be heard, the defendant, Randy Joe Delacruz, by and through his counsel, Shaffy Moeel and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

07CR2981

# **MOTIONS**

The defendant, Randy Joe Delacruz, by and through his attorneys, Shaffy Moeel and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

    1) to compel discovery and preserve evidence; and
    2) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: November 13, 2007        */s/ Shaffy Moeel*
                                             **SHAFFY MOEEL**
                                             Federal Defenders of San Diego, Inc.
                                             Attorneys for Delacruz