**SHAFFY MOEL**
California State Bar No. 238732
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101
Telephone:  (619) 234-8467
shaffy_moeel@fd.org

Attorneys for Defendant Mr. Randy Joe Delacruz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR2981-LAB |
| Plaintiff, | ) ) ) | DATE: December 10, 2007 TIME:  12:00 PM |
| v. | ) ) ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| RANDY JOE DELACRUZ, Defendant. | ) ) ) ) ) ) ) ) | 1) DISMISS INDICTMENT; AND 2) DISMISS INDICTMENT FOR GRAND JURY VIOLATION. |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, and
         STEVE MILLER, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on, December 10, 2007 at 12:00 p.m. or as soon thereafter as counsel may be heard, the defendant, Randy Joe Delacruz, by and through his counsel, Shaffy Moeel, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

//

//

//

**MOTIONS**

Randy Joe Delacruz, the defendant in this case, by and through his attorneys, Shaffy Moeel, and Federal Defenders of San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) dismiss indictment; and

2) dismiss the indictment for grand jury violation.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

                                                Respectfully submitted,

                                                */s/ Shaffy Moeel*

Dated: November 20, 2007        **SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
Attorneys for Randy Joe Delacruz