1 **SHAFFY MOEEL**
California State Bar No. 238732
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101
Telephone: (619) 234-8467
4 shaffy_moeel@fd.org

5 Attorneys for Defendant Mr. Randy Joe Delacruz

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No.: 07CR2981-LAB |
| 12 Plaintiff, ) | |
| 13 v. ) | **CERTIFICATE OF SERVICE** |
| 14 RANDY JOE DELACRUZ, ) | |
| 15 Defendant. ) | |

18　　Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

19 of his information and belief, and that a copy of the foregoing document has been served this day upon:

20
**U S Attorney CR**
21 Efile.dkt.gc2@usdoj.gov

Steve Miller, Assistant U. S. Attorney
22

23　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

25 DATED:    November 13, 2007　　　　/s/ Shaffey Moeel
　　　　　　　　　　　　　　　　　　　　**SHAFFY MOEEL**
26　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant