1 **SHAFFY MOEEL**
California State Bar No. 238732
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone: (619) 234-8467
4 shaffy_moeel@fd.org

5
Attorneys for Mr. Delacruz
6

7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | **CASE NO. 07CR2981-LAB** |
|                                ) | |
| Plaintiff,                     ) | DATE: January 14, 2008 |
|                                ) | TIME: 2:00 p.m. |
|                                ) | |
| v.                             ) | **NOTICE OF MOTIONS IN LIMINE AND** |
|                                ) | **MOTIONS IN LIMINE TO:** |
|                                ) | |
| **RANDY JOE DELACRUZ**,        ) | 1) PRECLUDE 404(b) EVIDENCE; |
|                                ) | 2) PRECLUDE PRIOR CONVICTIONS UNDER |
| Defendant.                     ) |    609; |
|                                ) | 3) PREVENT A COPY OF THE INDICTMENT |
|                                ) |    FROM BEING SUBMITTED DURING |
|                                ) |    DELIBERATIONS; |
|                                ) | 4) DISCLOSE GRAND JURY TRANSCRIPTS; |
|                                ) | 5) PROVIDE A SEPARATE COPY OF THE |
|                                ) |    JURY INSTRUCTIONS FOR EACH JUROR |
|                                ) |    DURING DELIBERATIONS; |
|                                ) | 6) ALLOW ATTORNEY-CONDUCTED VOIR |
|                                ) |    DIRE; |
| _____ ) | 7) SUPPRESS STATEMENTS. |

22 To:   KAREN P. HEWITT, UNITED STATES ATTORNEY
       STEPHEN MILLER, ASSISTANT UNITED STATES ATTORNEY
23

24     PLEASE TAKE NOTICE that on January 14, 2008, at 2:00 p.m., or as soon thereafter as counsel

25 may be heard, the defendant, Randy Joe Delacruz, by and through his attorneys, Shaffy Moeel, and Federal

26 Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

27 //

28 //

**MOTIONS**

Randy Joe Delacruz, the defendant in this case, by and through his attorneys, Shaffy Moeel, and Federal Defenders of San Diego, Inc., pursuant to the Amendments to the United States Constitution, Fed. R. Crim. P., and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) preclude 404(b) evidence;

2) preclude prior convictions under 609;

3) prevent a copy of the indictment from being submitted during deliberations;

4) disclose grand jury transcripts;

5) provide a separate copy of the Jury instructions for each juror during deliberations;

6) allow attorney-conducted voir dire; and

7) suppress statements.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: January 3, 2008

 /s/ Shaffy Moeel
**SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Delacruz

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Stephen Miller**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Stephen.miller@usdoj.gov

Dated:  January 3, 2008

/s/ Shaffy Moeel
**SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Delacruz