ORIGINAL

KAREN P. HEWITT
United States Attorney
Steve Miller
Assistant United States Attorney
California Bar No. 138020
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619)557-5432
Email: steve.miller2@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
2008 JAN -8 PM 4:17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Larry A. Burns)

* * * * * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Criminal Case No. 07CR2981-LAB |
| v. | ) | |
| | ) | **NOTICE OF NON-COMPLIANCE** |
| RANDY JOE DELACRUZ, | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, was unable to file electronically due to the United States Attorney's Office Internet system being down.

DATED: January 8, 2008    Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*Steve Miller*
STEVE MILLER
Assistant United States Attorney