# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
   v.

RANDY JOE DELACRUZ,
        Defendant.

**APPEARANCE**

Case Number: 07CR2981-LAB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RANDY JOE DELACRUZ
I am co-counsel on this case.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/9/2008 | /s/ STEVEN L. BARTH |
| Date | Signature |
| | Steven L. Barth / Federal Defenders of SD    224185 |
| | Print Name                                  Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA   92101 |
| | City             State             Zip Code |
| | (619) 234-8467        (619) 687-2666 |
| | Phone Number                     Fax Number |

## CERTIFICATE OF SERVICE

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 9, 2008                                       /s/ Steven L. Barth
                                                                          STEVEN L. BARTH
                                                                          Federal Defenders of San Diego, Inc.
                                                                           225 Broadway, Suite 900
                                                                           San Diego, CA 92101-5030
                                                                           (619) 234-8467  (tel)
                                                                           (619) 687-2666  (fax)
                                                                           e-mail: Steven_Barth@fd.org