KAREN P. HEWITT
United States Attorney
STEVE MILLER
Assistant U.S. Attorney
California State Bar No. 138020
United States Courthouse
940 Front Street, Room 5152
San Diego, California  92189-0150
Telephone: (619) 557-5432
email: steve.miller2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07cr2981-LAB |
|---|---|---|
|              PLAINTIFF, | ) | UNITED STATES' TRIAL MEMORANDUM |
|       V. | ) | |
| RANDY JOE DELACRUZ, | ) | DATE: January 15, 2008<br>TIME: 9:00 A.M. |
|              DEFENDANT. | ) | |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Steve Miller, Assistant United States Attorney, respectfully submits the following trial memorandum of facts and law in the above-captioned matter.

**I**

**STATEMENT OF CASE**

**A.   INDICTMENT**

Defendant RANDY JOE DELACRUZ was indicted by a federal grand jury on one count of escape, in violation of Title 18, United States Code, §§ 751(a) and 4082(a).  The Government anticipates presenting a superseding indictment at 8:30 a.m. on January 15, 2008, to correct an error in the indictment.  The Indictment should be returned before the start of trial.  If there is a delay, the Government requests a short recess until the partial indictment is returned.

B. **TRIAL STATUS**

Trial is scheduled for Tuesday, January 15, 2008, at 9:00 a.m. before the Honorable Larry A. Burns, United States District Court Judge. The United States anticipates that its case-in-chief will last one day.

C. **STATUS OF COUNSEL**

Defendant is represented by Shaffy Moeel and Steven Barth of Federal Defenders of San Diego, Inc.

D. **CUSTODY STATUS**

Defendant is in custody.

E. **INTERPRETER**

The United States does not need an interpreter.

F. **JURY WAIVER**

After communications with defense counsel, there is the possibility that defendant will waive jury. Counsel informed Government counsel they would inform this court of the decision by Friday, January 11, 2008.

G. **PRE-TRIAL MOTIONS**

Defendant filed motions to compel discovery, to dismiss the indictment and to file further motions.

H. **STIPULATIONS**

To date, the parties have not agreed to any stipulations.

II

**STATEMENT OF FACTS**

In 1984, defendant RANDY JOE DELACRUZ was a private in the United States Army serving in Germany. On October 6, 1984, the defendant went AWOL (absent without leave) and returned to his unit on November 4. On November 9, 1984, defendant went AWOL again. The next

1  day, on the 10th, defendant strangled his wife, Karin Delacruz, to
2  death.
3      Defendant was apprehended by German police on November 11. On
4  November 12, defendant threw hot coffee in the face of a police
5  officer and hit him over the head with a chair.
6      Defendant was court martialed, tried in New York and found guilty
7  of the murder, assault and being absent without leave. On February
8  13, 1985, defendant was dishonorably discharged and sentenced to life
9  in prison.
10     On January 12, 2006, defendant was transferred from FCI Sheridan
11 to a Community Corrections Center in San Diego. On March 3, 2006,
12 defendant was placed on home confinement at his brother's home; one of
13 the conditions of his home confinement was to report to Correctional
14 Alternatives twice a week. On June 2, 2006, Correctional Alternatives
15 was informed that defendant never returned to his place of employment
16 after picking up his pay check. Defendant did not check in with
17 Correctional Alternatives and the marshals processed defendant as an
18 escapee.
19     On November 4, 2006, defendant was arrested by the police in
20 Monroe County, Iowa, when he strangled and digitally raped a woman.

21                                **III**
22                              **WITNESSES**

23    The United States may call the following witnesses in its case-
24 in-chief, although it reserves the right to change the order of these
25 witnesses, substitute witnesses, add witnesses or omit one or more
26 witnesses.
27     1.   Tim Knaplund, U.S Marshal;
28     2.   Monica Williams;

3. James Gritman;

4. Carrie Ann Murray;

5. Jeff Powers, BOP.

## IV

## **PERTINENT LAW**

Title 18, United States Code, Section 751(a) states:

> (a) Whoever escapes or attempts to escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, or magistrate judge, or from the custody of an officer or employee of the United States pursuant to lawful arrest, shall, if the custody or confinement is by virtue of an arrest on a charge of felony, or conviction of any offense, be fined under this title or imprisoned not more than five years, or both;  or if the custody or confinement is for extradition, or for exclusion or expulsion proceedings under the immigration laws, or by virtue of an arrest or charge of or for a misdemeanor, and prior to conviction, be fined under this title or imprisoned not more than one year, or both.

Title 18, United States Code, Section 4082(a) states:

> (a) The willful failure of a prisoner to remain within the extended limits of his confinement, or to return within the time prescribed to an institution or facility designated by the Attorney General, shall be deemed an escape from the custody of the Attorney General punishable as provided in chapter 35 of this title.

Title 18, United States Code, Section 4082(c) states:

> (c) As used in this section–
> the term "facility" shall include a residential community treatment center. . .

"A federal prisoner participating in a pre-release or half-way house program by designation of the Attorney General commits an escape when he wilfully  violates the terms of his extended confinement." United States v. Jones, 569 F.2d 499, 500 (9th Cir. 1978).  Therefore, failure to return to Correctional Alternatives qualifies as an escape

1  because it is a failure to remain within the extended limits of his
2  confinement, and a failure to return within the time prescribed to the
3  facility.
4      The elements of escape from the Ninth Circuit pattern instruction
5  8.36 are:
6      1.  Defendant was in custody of the United States Bureau of
7          Prisons; and
8      2.  Defendant knowingly and voluntarily left custody without
9          permission.
10     The elements would be modified to account for the failure to
11 remain within the extended limits of his confinement.

**V**

**PROPOSED JURY INSTRUCTIONS**

14     If defendant does not waive jury, the United States will provide
15 a complete copy of its jury instructions to the Court and defense
16 counsel under separate cover.

**VI**

**EXHIBIT LIST**

19     The United States will provide an exhibit list in advance of
20 trial.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

## VII

## **ANTICIPATED LEGAL ISSUES**

The Government does not anticipate any significant legal issues other than those addressed in the in limine motions.

DATED:     January 11, 2008

                                          Respectfully submitted,

                                          KAREN P. HEWITT
                                          United States Attorney

                                          s/Steve Miller

                                          STEVE MILLER
                                          Assistant U.S. Attorney

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr2981-LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| RANDY JOE DELACRUZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Steve Miller, am a Citizen of the United States over the age of eighteen years and a resident of San Diego county, California. My business address is 880 Front Street, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of the Government's Trial Memorandum on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

1. Shaffy Moeel, shaffy_moeel@fd.org
2. Steven Barth, steven_barth@fd.org

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-EFC participants on this case n/a the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 11, 2008.

s/Steve Miller
STEVE MILLER

07cr2981-LAB