```
 1  SHAFFY MOEEL
    California State Bar No. 238732
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101
    Telephone: (619) 234-8467
 4  Facsimile: (619) 687-2666

 5  Attorneys for Mr. Randy Joe Delacruz
```

**FILED**
JAN 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY A. BURNS)

| UNITED STATES OF AMERICA, | ) CASE NO. 07-cr-2981-LAB |
|---|---|
| Plaintiff, | ) DATE: January 14, 2008 |
|  | ) TIME: 2:00 a.m. |
| v. | ) |
|  | ) WAIVER OF TRIAL BY JURY AND |
| RANDY JOE DELACRUZ, | ) REQUEST FOR SPECIFIC FINDINGS OF FACT |
|  | ) |
| Defendant. | ) |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
      STEPHEN MILLER, ASSISTANT UNITED STATES ATTORNEY:

I, Randy Joe Delacruz, hereby waive my right to a trial by a jury and request the Court to try all charges against me in my case without a jury.

I, Randy Joe Delacruz,, further request the Court to state its specific findings of fact in open court or in writing at the conclusion of my trial pursuant to Federal Rule of Criminal Procedure 23(c).

Dated: January 14, 2008

*R. De La Cruz*
**RANDY JOE DELACRUZ**
Defendant

The undersigned attorneys represent that prior to the signing of the foregoing waiver, Mr. Delacruz, was fully advised as to the rights of an accused under the Constitution and laws to a speedy and public trial by jury, and the right to request specific findings in a case tried without a jury; and further represent that, in their opinion, the above waiver by Mr. Delacruz of trial by jury is a knowing and voluntary waiver, and recommends to the Court that the waiver be approved.

Dated: January 14, 2008

**SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Randy Joe Delacruz

The United States Attorney hereby consents to the case being tried without a jury.

Dated: January 14, 2008

**STEPHEN MILLER**
Assistant United States Attorney

The Court hereby consents to the case being tried without a jury and agrees to issue special findings of fact pursuant to Rule 23(c) of the Federal Rules of Criminal Procedure at the conclusion of the trial.

Dated: January 14, 2008

**LARRY ALAN BURNS**
United States District Judge