FILED
08 JAN 15 AM 10:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR2981-LAB |
| Plaintiff, | **I N D I C T M E N T** |
| | **(Superseding)** |
| v. | Title 18, U.S.C., Secs. 751(a) |
| RANDY JOE DELACRUZ, | and 4082(a) - Escape |
| Defendant. | |

The grand jury charges:

On or about June 2, 2006, within the Southern District of California, defendant RANDY JOE DELACRUZ did escape and willfully fail to remain in the extended limits of his confinement, and to return within the time prescribed to an institution and facility designated by the Attorney General, said custody and confinement being by virtue of a felony conviction of murder; in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

DATED: January 15, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _Steve Miller_
STEVE MILLER
Assistant U.S. Attorney

SFM:fer:San Diego
1/11/08